**Order entered February 16, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01375-CV

### JOHN FEENEY, Appellant

### V.

### MORFIN CAPITAL GROUP LLC AND MEDONE TEXAS MSO, LLC, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-07016**

### ORDER

Before the Court is appellant's February 15, 2023 first motion for extension of time to file his corrected brief. We **GRANT** the motion and **ORDER** the brief received February 10, 2023 filed as of the date of this order.

/s/　BONNIE LEE GOLDSTEIN
　　　JUSTICE